EJP/de
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   **NOTICE OF REMOVAL**

THOMAS ISAAC,

                                Plaintiff,

                                                        **Supreme Court**
    -against-                                    **Rockland County**
                                                        **Index No.:**
PREMIER MOTOR LINES, INC. and         031653/2022
ANGEL L. ARNAU,

                                                      **Demands Trial by Jury**
                                Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE, that the within is a true copy of a Notice of Removal filed in the above named Court.

1.    This action is being removed from Supreme Court, Rockland County to the United States District Court for the Southern District of New York., assigned to the Federal Courthouse in White Plains, New York.

2.    The basis for removal is 28 U.S.C. §1441(b).

3.    The Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) in that the plaintiff, THOMAS ISAAC, resides at 15 Cedar Avenue, Orangeburg, New York 10962 and is a citizen and resident of Rockland County, New York; and defendant, PREMIER MOTOR LINES, INC. was incorporated in the State of New Jersey, resides at 2 Colony Road, Jersey City, New Jersey 07305 and is a citizen and resident of Hudson County, New Jersey; and defendant ANGEL L. ARNAU resides at 45 Rossiter Avenue, 1st Floor, Paterson, New Jersey 07502 and is a citizen and resident of Passaic County, New Jersey and the matter in controversy exceeds the sum or value of $75,000.00 as set forth in plaintiff's July 29, 2022 Response to Combined Demands, Resonse to Notice Pursuant to CPLR §3017(c), exclusive of interest and costs.

4.    Defendant demands a trial by jury.

Dated: New York, New York  
       August 9, 2022

Yours, etc.,

BY: *Ernest J. Peck*  
ERNEST J. PECK  
DOWNING & PECK, P.C.  
Attorneys for Defendants  
17 Battery Place - Suite 324  
New York, New York 10004  
212-514-9190

TO:   CELLINO LAW LLP  
       George R. Gridelli, Esq.  
       Attorney for Plaintiff  
       600 Old Country Road - Suite 412  
       Garden City, New York 11530  
       800-555-5555