FILED: ROCKLAND COUNTY CLERK 04/13/2022 11:13 AM
NYSCEF DOC. NO. 1

INDEX NO. 031653/2022
RECEIVED NYSCEF: 04/13/2022

**DELIVER THESE PAPERS TO YOUR AUTOMOBILE LIABILITY INSURANCE CARRIER IMMEDIATELY. YOUR FAILURE TO DO SO MAY RESULT IN THE LOSS OF COVERAGE.**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
*************************************************************

THOMAS ISAAC,

    Plaintiff,

v.

PREMIER MOTOR LINES, INC. and
ANGEL L. ARNAU,

    Defendants.

*************************************************************

**SUMMONS**

**Index No.:** 031653/2022

**Date Filed:** 4/13/2022

Plaintiff(s) designate(s)
ROCKLAND COUNTY
as the place of trial.

The basis of venue is:
Plaintiff(s) residence
15 Cedar Avenue
Orangeburg, NY 10962

**TO THE ABOVE NAMED DEFENDANT(S):**

    **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorneys an answer to the complaint in this action within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the complaint.

FILED: ROCKLAND COUNTY CLERK 04/13/2022 11:13 AM
NYSCEF DOC. NO. 1

INDEX NO. 031653/2022
RECEIVED NYSCEF: 04/13/2022

DATED: Garden City, New York
April 12, 2022

Yours, etc.,

CELLINO LAW LLP

By: _____
George R. Gridelli, Esq.
Attorneys for Plaintiff
600 Old Country Road, Suite 412
Garden City, NY 11530
(800) 555-5555

PREMIER MOTOR LINES, INC.
2 Colony Road
Jersey City, NJ 07305

ANGEL L. ARNAU
45 Rossiter Avenue, 1st Fl
Paterson, NJ 07502

FILED: ROCKLAND COUNTY CLERK 04/13/2022 11:13 AM
NYSCEF DOC. NO. 1

INDEX NO. 031653/2022
RECEIVED NYSCEF: 04/13/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
*************************************************************

THOMAS ISAAC,

    Plaintiff,

v.

PREMIER MOTOR LINES, INC. and ANGEL L. ARNAU,

    Defendants

**COMPLAINT**

**Index No.** 031653/2022

*************************************************************

    Plaintiff THOMAS ISAAC, by plaintiff's attorneys, CELLINO LAW LLP for complaint against defendants PREMIER MOTOR LINES, INC., and ANGEL L. ARNAU, allege upon information and belief:

    1.    At all times herein relevant plaintiff THOMAS ISAAC, has been a resident of the County of Rockland and State of New York.

    2.    That at all times herein relevant, defendant, PREMIER MOTOR LINES, INC., was a corporation conducting business in the State of New York.

    3.    That at all times herein relevant, defendant, PREMIER MOTOR LINES, INC., transacted business within the State of New York and/or contracted anywhere to supply goods or services in the State of New York.

    4.    That at all times herein relevant, defendant, PREMIER MOTOR LINES, INC., committed a tortious act within the State of New York.

FILED: ROCKLAND COUNTY CLERK 04/13/2022 11:13 AM
NYSCEF DOC. NO. 1

INDEX NO. 031653/2022
RECEIVED NYSCEF: 04/13/2022

5. That at all times herein relevant, defendant, PREMIER MOTOR LINES, INC., committed a tortious act without the State of New York causing injury to person or property within the State of New York.

6. That at all times herein relevant, defendant, PREMIER MOTOR LINES, INC., owns, uses or possesses real property situated within the State of New York.

7. That by virtue of the allegations above, defendant, PREMIER MOTOR LINES, INC., is subject to the laws of the State of New York pursuant to CPLR 302.

8. At all times herein relevant defendant ANGEL L. ARNAU, has been a resident of the County of Passaic and State of New Jersey.

9. On or about December 9, 2020, plaintiff THOMAS ISAAC, was the owner of a certain 2014 Mercedes bearing New York State License Plate No. TKI2000.

10. On or about December 9, 2020, defendant PREMIER MOTOR LINES, INC., was the owner of a certain 2016 Freight Tractor bearing New Jersey State License Plate No. AM510X.

11. On or about December 9, 2020, at approximately 4:24 p.m. plaintiff THOMAS ISAAC, operated the vehicle described in Paragraph 9 above.

12. On or about December 9, 2020, at approximately 4:24 p.m. defendant ANGEL L. ARNAU, operated the vehicle described in Paragraph 10 above with the full consent of the owner, defendant PREMIER MOTOR LINES, INC.

FILED: ROCKLAND COUNTY CLERK 04/13/2022 11:13 AM
NYSCEF DOC. NO. 1

INDEX NO. 031653/2022
RECEIVED NYSCEF: 04/13/2022

13. On or about December 9, 2020, at approximately 4:24 p.m. defendant ANGEL L. ARNAU, operated the vehicle described in Paragraph 10 above with the full knowledge of the owner, defendant PREMIER MOTOR LINES, INC.

14. On or about December 9, 2020, at approximately 4:24 p.m. defendant ANGEL L. ARNAU, operated the vehicle described in Paragraph 10 above with the full permission of the owner, defendant PREMIER MOTOR LINES, INC.

15. Under New York Law, defendant PREMIER MOTOR LINES, INC. as owner of the motor vehicle, is responsible and liable for the negligent and/or reckless operation of their motor vehicle.

16. On or about December 9, 2020, at approximately 4:24 p.m. defendant ANGEL L. ARNAU, was acting within the course and scope of his employment for defendant PREMIER MOTOR LINES, INC.

17. On or about December 9, 2020, at approximately 4:24 p.m. defendant ANGEL L. ARNAU, was an agent of defendant PREMIER MOTOR LINES, INC.

18. On or about December 9, 2020, at approximately 4:24 p.m. defendant ANGEL L. ARNAU, was a servant of defendant PREMIER MOTOR LINES, INC.

19. On or about December 9, 2020, at approximately 4:24 p.m. defendant ANGEL L. ARNAU, was an employee of defendant PREMIER MOTOR LINES, INC.

20. On or about December 9, 2020, at approximately 4:24 p.m., defendant ANGEL L. ARNAU, operated the vehicle described in Paragraph 10 above in a southbound direction on Route 303 in the Town of Orangetown, County of Rockland and State of New York.

21. On or about December 9, 2020, at approximately 4:24 p.m., plaintiff THOMAS ISAAC, operated the vehicle described in Paragraph 9 above in a southbound direction on Route 303 in the Town of Orangetown, County of Rockland and State of New York.

22. On or about December 9, 2020, at approximately 4:24 p.m., the vehicle operated by defendant driver ANGEL L. ARNAU, came into contact with the vehicle operated by plaintiff THOMAS ISAAC, on Route 303 at or near the instersection of Bradley Parkway in the Town of Orangetown, County of Rockland and State of New York.

23. As a result of the above referenced incident, plaintiff THOMAS ISAAC was injured.

24. The incident described in Paragraph 22 above occurred as a result of the negligence and/or recklessness of defendants PREMIER MOTOR LINES, INC., and ANGEL L. ARNAU, without any negligence attributable in any measure to plaintiff THOMAS ISAAC.

25. Plaintiff THOMAS ISAAC, has sustained a serious injury, as defined in subsection (d) of section five thousand one hundred two of the New York State Insurance Law.

26. Plaintiff THOMAS ISAAC, has sustained economic loss greater than basic economic loss, as defined in subsection (a) of section five thousand one hundred two of the New York State Insurance Law.

27. The limitations on liability set forth in CPLR Article 16 do not apply herein; one or more of the exemptions set forth in CPLR Section 1602 applies.

28. As a result of the negligence and/or recklessness of defendant driver ANGEL L. ARNAU, for which defendant owner PREMIER MOTOR LINES, INC., is liable and responsible, as alleged above, plaintiff THOMAS ISAAC, was injured and has suffered damages in an amount which exceeds the monetary jurisdictional limits of all lower New York State Courts.

**WHEREFORE**, Plaintiff THOMAS ISAAC, demands judgment against defendants, PREMIER MOTOR LINES, INC., and ANGEL L. ARNAU, jointly and severally, in an amount which exceeds the monetary jurisdictional limits of all lower New York State Courts and plaintiff THOMAS ISAAC, demands such other, further and different relief as the Court may deem just and proper, together with the costs and disbursements of this action.

DATED: Garden City, New York
April 12, 2022

Yours, etc.,

**CELLINO LAW LLP**

By: _____
George R. Gridelli, Esq.
Attorneys for Plaintiff
600 Old Country Road, Suite 412
Garden City, NY 11530
(800) 555-5555

FILED: ROCKLAND COUNTY CLERK 04/13/2022 11:13 AM
NYSCEF DOC. NO. 1

INDEX NO. 031653/2022
RECEIVED NYSCEF: 04/13/2022

Index No:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

THOMAS ISSAC

Plaintiff,

v

PREMIER MOTOR LINES, INC. and ANGEL L. ARNAU,

Defendants,

## SUMMONS AND COMPLAINT

**CELLINO LAW LLP**
Attorneys for Plaintiff
Office & Post Office Address, Telephone
600 Old Country Road, Suite 412
Garden City, New York 11530
(800) 555-5555

Service of a copy of the within is hereby admitted.

Dated: Garden City, New York
April 12, 2022

PLEASE TAKE NOTICE:

**NOTICE OF ENTRY**
that the within is a (certified) true copy of an Order
duly entered in the office of the clerk of the within named court on

**NOTICE OF SETTLEMENT**
that an order                                    of which the within is a true copy will be
presented for settlement to the HON.             one of the judges of the
within named Court, at
on                 at                M.

Dated

Yours, etc.

INDEX NO. 031653/2022