UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THOMAS ISSAC,

        Plaintiff,

v.

PREMIER MOTOR LINES, INC., and ANGEL L. ARNAU,

        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6814 (VB)

On September 2, 2022, the Court ordered the parties to file a proposed Civil Case Discovery Plan and Scheduling Order by September 28, 2022. (Doc. #5). The parties have not done so.

Accordingly, the Court <u>sua sponte</u> extends the parties' deadline to file their proposed Civil Case Discovery Plan and Scheduling Order to October 3, 2022.

Defendants removed this action from Supreme Court, Rockland County, on August 10, 2022. (Doc. #1). To date, plaintiff has not appeared in this federal action. Therefore, defendants are directed to serve a copy of this Order on plaintiffs' counsel and to file proof of such service on the docket by September 30, 2022.

Dated: September 29, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge